■ ANONYMOUS, Appellant, v ANONYMOUS, Respondent. (Appeal No. 2.)—Order, insofar as appealed from, unanimously modified, on the law, by deleting the first ordering paragraph, and, as modified, order affirmed, without costs, and matter remitted to Supreme Court, Onondaga County, for further proceedings, in accordance with same memorandum as in *Anonymous v Anonymous* ([Appeal No. 1], 120 AD2d 983). (Appeal from order of Supreme Court, Onondaga County, Reagan, J.—visitation.) Present—Denman, J. P., Green, Pine, Balio and Schnepp, JJ.